IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Duane Hamblin Slade, et al.,<br><br>    Defendants. | CR-09-01492-PHX-ROS<br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |

The Court has received and reviewed Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 518). No objections have been filed.

Accordingly,

IT IS ORDERED adopting the Report and Recommendation (Doc. 518) of Magistrate Judge Michelle H. Burns.

IT IS FURTHER ORDERED denying Russell Laurence Sewell's Motion to Dismiss (Doc. 517).

DATED this 28th day of November, 2011.

_____
Roslyn O. Silver
Chief United States District Judge