IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-09-01492-PHX-ROS |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| Duane Hamblin Slade, et al., | |
| Defendants. | |

The Court has received and reviewed Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 583). No objections have been filed.

Accordingly,

IT IS ORDERED adopting the Report and Recommendation (Doc. 583) of Magistrate Judge Michelle H. Burns.

IT IS FURTHER ORDERED denying without prejudice Guy Williams's Motion for Pre-Trial Determination of Conspiracy (Doc. 416).

DATED this 16th day of February, 2012.

Roslyn O. Silver
Chief United States District Judge